## BRUNO et al. v. MEDLINGER et al.

No. 9576—Opinion Filed March 23, 1920.

(Syllabus by the Court.)

### Appeal and Error—Failure to File Brief—Dismissal.

Where briefs are not filed by plaintiff in error as required by rule 7 of this court, the appeal will be dismissed.

Error from Superior Court, Pottawatomie County; L. G. Pitman, Judge.

Action by Michael Medlinger against Andrew Curley and others to recover real estate. From judgment in favor of plaintiff, defendants Theresa Bruno and Samuel Bruno appeal. Dismissed.

Baldwin & Carlton, for plaintiffs in error.

Chas. E. Dierker, for defendants in error.

OWEN, C. J. This case was submitted in its regular order December 16, 1919. Plaintiffs in error have failed to file briefs as required by rule 7 of this court, and, no reason appearing for such failure, the appeal is dismissed.

KANE, RAINEY, PITCHFORD, and JOHNSON, JJ., concur.